**THIRD DIVISION**
**BARNES, P. J.,**
**BOGGS and BRANCH, JJ.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules**

**August 16, 2016**

# In the Court of Appeals of Georgia

A14A2312. BARROW v. MIKELL, COMMISSIONER OF DEPARTMENT OF DRIVER SERVICES.

BRANCH, Judge.

In *Barrow v. Mikell*, 331 Ga. App. 547 (782 SE2d 439) (2015), we affirmed the trial court's dismissal of Abdou Barrow's appeal from the cancellation of his driver's license by the Georgia Department of Driver Services on the ground that Barrow's appeal was untimely. Id. at 550. In *Barrow v. Mikell*, 298 Ga. 429 (782 SE2d 439) (2016), the Supreme Court of Georgia reversed this Court and held that Barrow's appeal was timely. Id. at 433. On remand, we vacate our earlier decision and adopt the Supreme Court's as our own. The trial court's dismissal of Barrow's appeal is reversed.

*Judgment reversed. Barnes, P. J., and Boggs, J., concur.*